# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2022-3072
LT Case No. 2020-39787-COCI

———————————————

CENTRAL FLORIDA MEDICAL &
CHIROPRACTIC CENTER, INC.
d/b/a Sterling Medical Group
a/a/o Paul Farruggio,

    Appellant,

    v.

AUTO CLUB SOUTH INSURANCE
COMPANY,

    Appellee.

———————————————

On appeal from the County Court for Volusia County.
Robert A. Sanders, Jr., Judge.

Chad A. Barr, of Law Office of Chad A. Barr, P.A., Altamonte
Springs, for Appellant.

Michael A. Rosenberg and Nicholas Bastidas, of Cole, Scott &
Kissane, P.A., Plantation, for Appellee.


May 14, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____